# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OWEN NESMITH,<br>IRVING HERNANDEZ,<br>TODD HOLLOWAY,<br>LARNELL MEGGISON,<br>LEKEAH PENDLETON<br><br>    Defendants. | Criminal Action No. PX-19-0158 |

## AMENDED PRETRIAL SCHEDULING ORDER

For the reasons stated during the status conference held on April 22, 2021, and with agreement of the parties, the Court issues the following pretrial deadlines:

| | |
|---|---|
| October 4, 2021 at 10:00 a.m. | Motions Hearing (Owen Nesmith only) |
| February 18, 2022 | Motions *in Limine* due |
| March 4, 2022 | Responses to Motions in *Limine*; Joint Voir Dire, Jury Instructions and Verdict sheet to be filed electronically and submitted via email in Microsoft Word format to chambers: Mdd_pxchambers@mdd.uscourts.gov<br><br>(Government responsible for filing; Defendants to indicate proposed changes in redline format.) |
| March 11, 2022 | Government to provide Jencks and Giglio to Defendant |
| March 18, 2022 at 3:00 p.m. | Pre-trial Conference/Hearing on Motions *in Limine/*voir dire and jury instructions |
| April 4, 2022 | Trial begins.  Expected length: 3 weeks (Mon. – Fri.) |

Dated: May 3, 2021

                                                             /S/
                                          Paula Xinis
                                          United States District Judge