# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal Case No. PX-19-0158** |
| **OWEN NESMITH** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO STRIKE APPEARANCE

Please strike the appearance of David Walsh-Little, Assistant Federal Public Defender, as counsel for Owen Nesmith in the above-referenced matter.

Date: <u>August 4, 2021</u>

                                                      /s/
                                      DAVID WALSH-LITTLE, #23586
                                      Assistant Federal Public Defender
                                      Tower II – 9th Floor
                                      100 South Charles Street
                                      Baltimore, Maryland 21201
                                      Tel: (410) 962-3962
                                      Fax: (410) 962-3976
                                      Email: david_walsh-little@fd.org